# DECISIONS IN CASES NOT REPORTED.

## FIFTH DEPARTMENT, JUNE TERM, 1893.

In the Matter of the Assignment of William Sutcliffe to Hadley Jones for the Benefit of Creditors. — Order of the special county judge of Cayuga appealed from reversed, with costs payable out of the fund and the motion granted. Opinion by Macomber, J. (Opinion not published at request of Macomber, J.)

William P. Mannion, Appellant, v. Jesse Barber, Respondent. Judgment appealed from affirmed.

Railroad Equipment Company, Respondent, v. Mitchell S. Blair, as Receiver of the Rochester, Hornellsville and Lackawanna Railroad Company, Appellant. — Judgment appealed from affirmed.

Adolph Scheftel, Respondent, v. Jesse W. Hatch, Appellant. — Judgment and order appealed from affirmed, on the opinion of Rumsey, J., at Circuit.

Albert G. Smith, Plaintiff, v. Charles E. Mott, Defendant. — Defendant's motion for a new trial granted, costs to abide event.—
PER CURIAM: On a former hearing of this motion (48 N. Y. St. Repr. 300), it was considered that although evidence of the annual reports of the " Bohemian Oat and Cereal Company," filed in the office of the Secretary of State of Michigan, may have been improperly excluded, yet that the defendant was probably not prejudiced by such ruling. A further examination of the case of *Matson* v. *Blossom* (18 N. Y. St. Repr. 726), affirmed without opinion by the Court of Appeals, leads us to the conclusion that that evidence should have been received and submitted to the jury upon the question of fraud in procuring the note from the defendant. And such being the case, the exception to the exclusion of such evidence should be allowed, and the motion for a new trial granted.

Jane E. McLaughlin, Appellant, v. Edward Webster and Others, Executors, etc., Respondents.— Judgment appealed from affirmed.

Fred A. Smith, Respondent, v. The New York Stock and Produce Clearing House Company, Appellant. — Judgment appealed from affirmed, on the opinion of Rumsey, J., at Circuit.

Archie D. Sanders and Another, Appellants, v. Pottlitzer Bros. Fruit Company, Respondent. — Judgment appealed from affirmed, on the opinion of the referee.

Commercial Bank, Respondent, v. H. Israel Weinberg and Others, Appellants, Impleaded, etc. — Judgment appealed from affirmed, with costs, on the opinion of the referee.

Annie E. Lick, Respondent, v. The Town of Moravia, Appellant.— Judgment and order appealed from affirmed.

Eliza Hiltzinger, Respondent, v. Charles T. Kalb, Appellant. —Judgment and order appealed from affirmed.

Peter McGarry, Respondent, v. The City of Buffalo, Appellant. — Order appealed from affirmed, with costs, on the opinion of Childs, J., at Circuit.

Celinda A. Fulton, Respondent, v. George Macnoe, Appellant.— Interlocutory judgment appealed from affirmed, on authority of *Goetz* v. *Ballou* (64 Hun, 490). Haight, J., not voting.

The People of the State of New York ex rel. Frank Allen, Respondent, v. Alfred H. Neal, Superintendent of Erie County Penitentiary, Appellant. — Order of the county judge of Erie county appealed from reversed, and relator remanded to the custody of the superintendent of the Erie County Penitentiary. (Laws of 1892, chap. 401, § 35; Code Civil Procedure, § 2038.)

William C. Borland, Appellant, v. John Hahn, Respondent, Impleaded, etc. — Judgment appealed from affirmed, on the opinion of the referee.

The People of the State of New York, Respondent, v. Israel Adler, Appellant. — Judgment and conviction of the Monroe Court of Sessions appealed from affirmed, and case remitted to that court to proceed thereon. Dwight, P. J., not voting.

Alvira M. Clifford, Appellant, v. Sarah A. Gates and Others, Respondents.— Judgment affirmed, with costs, on the opinion of Childs, J., at Special Term.

Etta L. Alexander v. The Rochester City and Brighton Railroad Company.— Motion for new trial denied and judgment ordered for the defendant upon the nonsuit.

In the Matter of the Widening of Belmont Park, etc.— Order and report appealed from affirmed, with costs.

Abigail Depuy, Appellant, v. Jane Cook, Respondent.— Judgment appealed from reversed on the opinion of *Rheinhardt* v. *Fritzsche*, decided at the present term. Bradley, J., not voting.

David E. Barrows, Appellant, v. Henry Webster, Respondent.— Judgment affirmed on the opinion written upon a former hearing (21 N. Y. Supp. 828).

Marion D. Fenner, Appellant, v. L. Hayden Humphrey and Others, Respondents.— Order of the Wyoming County Court appealed from affirmed, with ten dollars costs and disbursements.

Maurice D. Fenner, Appellant, v. L. Hayden Humphrey and Another, Respondents.— Order of the Wyoming County Court appealed from affirmed, with ten dollars costs and disbursements.

Eleanor D. Gaylord, as Administratrix, etc., Respondent, v. Nelson Beardsley, Appellant.— Order appealed from affirmed, with ten dollars costs and disbursements on *Mem.* of Vann, J., at Special Term.

## Motions.

Richard Gibson v. Henry J. Gibson and Others.— Former decision amended so as to direct that the costs and disbursements be paid out of the income of the fund provided for in the fourth item of the last will and testament of Henry B. Gibson, deceased.

Mary Moore v. The Citizens' Mutual Life Association.— Motion to dismiss appeal denied.

Margaret A. Root, Respondent, v. John R. Strong, as Executor, etc., Appellant.— Motion to dismiss appeal on account of the non-service of printed papers granted on default.

Thomas O. Swanson, Respondent, v. Charles P. Hinton, Appellant.— Motion to dismiss appeal on account of the non-service of printed papers granted on default.

Frank D. Wright, Respondent, v. George Martin and Another, Appellants.— Motion to dismiss appeal and for judgment on account of non-service of printed papers denied.

Valentine Fromm v. Daniel Ide.— Motion for leave to appeal to the Court of Appeals granted.